# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDITH A. BRANNUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-10-869-R |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered this 2nd day of August, 2011, it is ORDERED, ADJUDGED and DECREED that Plaintiff have judgment on her Complaint.

IT IS SO ORDERED this 2nd day of August, 2011.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE